**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X

 JESUS A. GARAY,

                                Plaintiff,                  24 **CIVIL** 6927 (RWL)

        -v-                                                           **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                                Defendant.
-----------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated April 17, 2025, that the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings and a new decision pursuant to the fourth sentence of 42 U.S.C. § 405(g). Upon remand, Plaintiff will be offered the opportunity for a hearing. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:**  New York, New York

      April 18, 2025

                                                      **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

                          **BY:**
                                                        **Deputy Clerk**